UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

ISMAEL CEPEDA, JR.          *
                            *
    VS                      *      C.A. NO. B-00-052
                            *
UNITED STATES OF AMERICA    *      (CR. NO. B-99-006)

NOTICE OF DISMISSAL
FOR LACK OF PROSECUTION

On July 31, 2000, the Court reviewed the case file in the above-captioned matter, and it appears that on April 6, 2000, an application to proceed in forma pauperis was mailed to the Petitioner. The Petitioner has failed to response and has not submitted the application to proceed in forma pauperis.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by September 1, 2000.

DONE at Brownsville, Texas, this 2nd day of August 2000.

Felix Recio
United States Magistrate Judge