3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 26 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ISMAEL CEPEDA, JR., | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-052 |
| | § | CRIMINAL NO. B-99-006 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

Petitioner's Application for a Writ of Habeas Corpus (Docket No. 1) is hereby DISMISSED for lack of prosecution.

DONE in Brownsville, Texas this 26th day of September, 2000.

Hilda Tagle
United States District Judge