5

United States District Court
Southern District of Texas
ENTERED

OCT 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-052 |
| ISMAEL CEPEDA, JR. | § § § § | (Criminal No. B99-006) |

## ORDER

Having considered Petitioner Ismael Cepada Jr.'s motion to reinstate his § 2255 Writ of Habeas Corpus Petition, this Court is of the opinion that Petitioner's Motion should be GRANTED. Accordingly, Petitioners § 2255 Petition is hereby REINSTATED.

However, if Petitioner wishes to proceed in forma pauperis, Petitioner must submit an application declaring his intent to proceed in forma pauperis, accompanied by the appropriate affidavits. Specifically, Petitioner must "submit a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the six-month period immediately preceding the filing of the [Writ] . . . obtained from the appropriate official of each prison at which [Petitioner] is or was confined." See 28 U.S.C.A. § 1915(a)(2) (Supp. 1997). Additionally, Petitioner must submit "a certificate of the warden or other appropriate officer of the institution in which the [P]etitioner is confined as to the amount of money or securities on deposit to the [P]etitioner's credit in any account in that institution." See Rule10(B) Federal Procedural Forms, L. Ed, Habeas Corpus §§ 36:59 & 36:123.

DONE in Brownsville, Texas this 23rd day of October 2000.

Felix Recio
United States Magistrate Judge