11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ISMAEL CEPEDA JR. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-52 |
| | § | (CR. NO. B-99-006 S1) |
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Petitioner Cepeda's § 2255 Motion is hereby DENIED. DONE in Brownsville, Texas this __18th__ day of __June__ 2001.

_____
Hilda Tagle
United States District Judge

5